# McGaugh v. Holliday.

*Bill in Equity to Quiet Title to Land.*

1.  *Appeal does not lie from decree overruling a motion to dismiss cross-bill.*—An appeal does not lie to the Supreme Court from a decree of a chancellor overruling a motion to dismiss a cross-bill for the want of equity therein; the statute authorizing an appeal from an interlocutory decree overruling a motion to dismiss a bill for the want of equity, (Code § 427) having application solely to a bill in equity, and not a cross-bill.

Appeal from the Chancery Court of Lowndes.

Tried before the Hon. William L. Parks.

· Under the opinion in this case it is unnecessary to make a statement of facts.

McCLELLAN, C. J.—This is an (attempted) appeal from a decree overruling a motion to dismiss a *cross* bill for want of equity. The appeal is not authorized by statute. There is a statute authorizing an appeal from an interlocutory decree overruling a motion to dismiss *a bill* for want of equity, (Code, § 427) ; but there is no statute providing for appeal from such decree in respect of a cross bill. The appeal must be dismissed.

Appeal dismissed.

Tyson, Simpson and Anderson, J.J., concurring.